MARY NIELSEN et al., Appellants, *v.* H. NELSON FLANAGAN & Co., INCORPORATED, Respondent.

Argued January 4, 1944; decided February 24, 1944.

*Irving J. Bland* and *Sydney A. Syme* for appellants.
*Alexander Orr, Jr.,* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.